UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| GEORGE HOEPPNER, | 4:25-CV-04227-RAL |
| Petitioner, | |
| vs. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| M.A. DELAFOISSE, WARDEN, FEDERAL PRISON CAMP YANKTON; | |
| Respondent. | |

Petitioner George Hoeppner filed a pro se petition under 28 U.S.C. § 2241 challenging a U.S. Bureau of Prisons (BOP) disciplinary proceeding. The Warden responded to the petition arguing that the petition should be denied because Hoeppner received procedural due process during the proceeding. Doc. 6. This matter was referred to Magistrate Judge Veronica L. Duffy who on March 6, 2026, issued a Report and Recommendation that the petition be dismissed without prejudice as moot because Hoeppner had been transferred out of the District of South Dakota. Doc. 10. The Report and Recommendation alerted Hoeppner that he had fourteen (14) days after service to object and that failure to timely object waived the right to appeal questions of fact. Id. at 11. Hoeppner has not filed any objection to the Report and Recommendation.

This Court has reviewed the Report and Recommendation and finds no error of law within it. Given the absence of timely objection, this Court need not review the facts de novo. U.S. v. Williams, 557 F.3d 943, 948 (8th Cir. 2009) (citing Nash v. Black, 781 F.2d 665, 667 (8th Cir. 1986)); Thompson v. Nix, 897 F.2d 356, 357 (8th Cir. 1990). For good cause it is

ORDERED that the Report and Recommendation, Doc. 10, is adopted and Hoeppner's petition is dismissed without prejudice as moot.

DATED this 16th day of June, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE